October 15, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE ESTATE OF ROBERT EARL SKINNER

NO. 14-13-00082-CV                              V.

_____

  This cause, an appeal from the judgment in favor of appellee, Robin Sidney, signed January 18, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

  We further order that all costs incurred by reason of this appeal be paid by appellee, Robin Sidney

  We further order this decision certified below for observance.